# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 9, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130666

DEBORAH SUE NICKE,
      Plaintiff-Appellee,

v

                                 SC: 130666
                                 COA: 263929
                                 Wayne CC: 03-335375-NI

KENNETH MICHAEL MILLER,
AUTOMOTIVE RENTALS, INC., HIGH
VOLTAGE MAINTENANCE CORPORATION,
and EMERSON ELECTRIC COMPANY,
      Defendants-Appellants,

and

JUAN HERNANDEZ-MORENO and STATE
FARM MUTUAL AUTO INSURANCE
COMPANY,
      Defendants.
_____/

On order of the Court, the application for leave to appeal the January 26, 2006 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). The parties shall include among the issues to be addressed at oral argument whether the Court of Appeals erred by remanding the case to the trial court for consideration of whether plaintiff suffered a temporary serious impairment of body function. The parties may file supplemental briefs within 42 days of the date of this order, but they should avoid submitting a mere restatement of the arguments made in their application papers.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 9, 2006

_____
Clerk

d0606